Exhibit B

MARICOPA COUNTY JUSTICE COURTS, ARIZONA

West Mesa Justice Court    2050 W. University Dr., Mesa, AZ 85201    480-964-2958

Richard Mansfield,

    Plaintiff,

v.

Radius Global Solutions, LLC,

    Defendant.

NOTICE OF FILING
NOTICE OF REMOVAL

Case No. CC2019059979SC

PLEASE TAKE NOTICE that defendant, Radius Global Solutions, LLC ("RGS"), has filed a Notice of Removal removing this action with the United States District Court, District of Arizona. A copy of the notice is attached hereto as **Exhibit 1**.

The removal of this action was authorized by 28 U.S.C. § 1446. The state court is now precluded from conducting any further proceedings unless and until the action is remanded from the United States District Court, for the District of Arizona.

Dated: April 29, 2019           Respectfully Submitted,

                                         /s/ Damian P. Richard
                                         Damian P. Richard (ae9922)
                                         SESSIONS FISHMAN NATHAN & ISRAEL LLP
                                         1545 Hotel Circle South, Suite 150
                                         San Diego, CA  92108-3426
                                         Telephone: (619) 222-1243
                                         Email:  drichard@sessions.legal
                                         *Attorney for Defendant*
                                         *Radius Global Solutions, LLC*

1

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 29, 2019, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.

Richard Mansfield – Pro Se
P. O. Box 40652
Mesa, AZ  85274

                                              /s/ Damian P. Richard
                                              Damian P. Richard, Esq.